ADAM PAUL LAXALT
  Attorney General
BENJAMIN R. JOHNSON, Bar No. 10632
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1254
E-mail: bjohnson@ag.nv.gov

*Attorneys for Defendants*
*Romeo Aranas and Patricia Smith*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT MACHLAN,<br><br>        Plaintiff,<br><br>vs.<br><br>ROMEO ARANAS, et al.,<br><br>        Defendants. | Case No. 3:16-cv-00726-MMD-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

    Robert Machlan, in pro se, and Defendants, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Benjamin R. Johnson, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

///
///
///
///
///
///
///
///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party will bear its own attorneys' fees and costs.

DATED this 22 day of May, 2018.        DATED this 29th day of May, 2018.

ADAM PAUL LAXALT
Attorney General

By: /s/ Robert Machlan                         By: /s/ Benjamin R. Johnson
ROBERT MACHLAN #87777                    BENJAMIN R. JOHNSON
*Plaintiff*                                              Deputy Attorney General
                                                           *Attorneys for Defendants*

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE

DATED  5/31/2018

2

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 30th day of May, 2018, I caused to be deposited for mailing in the U.S. Mail a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following:

Robert Machlan, #87777
Ely State Prison
P.O. Box 1989
Ely, NV 89301

/s/ Laurie Penny
An employee of the
Office of the Attorney General